IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**WILLIE LEWIS**                                                                                                       **PLAINTIFF**

**v.**                         **No. 4:22CV189-RP**

**MDOC, ET AL.**                         **DEFENDANTS**

### ORDER OF DISMISSAL

The court takes up, *sua sponte*, the dismissal of this cause. On December 13, 2023, the court entered an order requiring the plaintiff to keep the court informed of his current address. The court cautioned the plaintiff that failure to comply with the order would result in the dismissal of this case without prejudice. Despite this warning, the court has received two items of mail returned from the address the plaintiff provided to the court.[1] This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under Fed. R. Civ. P. 41(b).

**SO ORDERED**, this, the 18th day of September, 2023.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE

---

[1] The second item of returned mail included the notation "1-10-2023 Deceased." As the defendants have not appeared in the case, the procedure for filing a Suggestion of Death is not available. *See* Fed. R. Civ. P. 25(a).